UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 04 B 05565
    TERRENCE G PULLEGA
    HEIDI PULLEGA                      CHAPTER 13

                                       JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-1426    SSN XXX-XX-5257
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/13/04 and confirmed on 04/16/04.

   2.  The case was dismissed after confirmation, 04/25/2008.

   3.  The Debtor paid a total of $ 76158.75 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ABN AMRO MORTGAGE | CURRENT MORTG | 36554.73 | .00 | 36554.73 |
| ABN AMRO MORTGAGE | MORTGAGE ARRE | 9928.46 | .00 | 9928.46 |
| ROUNDUP FUNDING LLC | UNSECURED | 12428.47 | 1612.45 | 8431.55 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6594.22 | 855.39 | 4473.56 |
| DISCOVER BANK | UNSECURED | 5318.70 | 690.12 | 3608.29 |
| KOHLS | UNSECURED | 238.89 | 31.90 | 161.61 |
| LAKE COUNTY RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| RICHARD N BROCHU DDS | UNSECURED | NOT FILED | .00 | .00 |
| SEPTON DERMATOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| STEVEN L PEARL DDS | UNSECURED | 685.00 | 89.84 | 463.89 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6634.80 | 813.75 | 4501.09 |

            Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 46483.19 | .00 | 31900.08 | .00 | 78383.27 |
| PRINCIPAL PAID | 46483.19 | .00 | 21639.99 | .00 | 68123.18 |
| INTEREST PAID | .00 | .00 | 4093.45 | .00 | 4093.45 |
| TOTAL PAID | 46483.19 | .00 | 25733.44 | .00 | 72216.63 |

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $  2700.00
and was paid $   1700.00  direct and $   1000.00  through the plan.

The Trustee received $   2942.12 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 07/17/08                    /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```

```
                      PAGE   2
   CASE NO. 04 B 05565 TERRENCE G PULLEGA & HEIDI PULLEGA
```